**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Barbara Ann THOMPSON,**
**Defendant-Appellant.**

**No. 15-14488**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Filed (January 24, 2017)

Jason Sterling Beaton, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Barbara Ann Thompson, Alderson, WV, for Defendant-Appellant

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Barbara Ann Thompson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thompson's convictions and sentences are **AFFIRMED**.